# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

United States Securities and Exchange Commission

                                                  Plaintiff,

v.                                                                       Case No.: 1:09−cv−00683

                                                                               Honorable James B. Zagel

Scott M. Ross

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2009:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 2/24/2009. MOTION by Defendant Scott M. Ross for Partial Relief from Asset Freeze [16] is granted in part and denied in part. MOTION by Receiver Phillip L. stern for order Receiver's Motion for Order Authorizing the Sale of Assets [13] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.